# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronald Brian Starr, | ) | Case No. 1:21-cr-00169 |
| | ) | |
| Defendant. | ) | |

Defendant made his initial appearance regarding the revocation of supervised release on July 8, 2025. The court appointed attorney Katie Winbauer to represent defendant and directed defendant to submit a financial affidavit.

Having reviewed a financial affidavit completed by defendant, the court finds defendant possesses the financial resources to retain counsel. Accordingly, the court amends its order appointing attorney Katie Winbauer as follows. Attorney Katie Winbauer's appointment shall be for the limited purpose of defendant's initial appearance.

Defendant is strongly encouraged to retain counsel. Whomever defendant retains should promptly file a notice of appearance on defendant's behalf. Defendant shall submit a report to the court by August 1, 2025, updating it on the status of his representation. The court further finds that Attorney Katie Winbauer is authorized to withdraw as counsel of record.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court